902 A.2d 900

IN THE MATTER OF RICHARD M. ONOREVOLE, AN
ATTORNEY AT LAW (ATTORNEY NO. 011271983).

August 3, 2006.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **RICHARD M. ONOREVOLE** of **LAKE HIA-
WATHA,** who was admitted to the bar of this State in 1983, and
who was suspended from the practice of law for a period of six
months effective November 1, 2005, by Order of this Court filed on
October 5, 2005, be restored to the practice of law, effective
immediately.